# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America <br> v. <br> Jamar Hurd | ) <br> ) <br> ) Case No: 2:2003cr844-20 (KSH) <br> ) USM No: <br> ) |
| Date of Original Judgment: 05/23/2007 <br> Date of Previous Amended Judgment: 10/08/2008 <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Louise Arkel, AFPD <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ☐ **DENIED.**   X **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  140  months **is reduced to**  120 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/08/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  3/8/12

*Judge's signature*

Effective Date:
*(if different from order date)*

KATHARINE S. HAYDEN, U.S.D.J.
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Jamar Hurd
CASE NUMBER: 2:2003cr844
DISTRICT:

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 29              Amended Total Offense Level: 27
Criminal History Category: V                  Criminal History Category: V
Previous Guideline Range: 140 to 175 months   Amended Guideline Range: 120 to 150 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS