UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA         :   Hon. Katharine S. Hayden
                                 :
         v.                      :   Crim. No. 03-844-21 (KSH)
                                 :
TERRANCE JONES                   :
   a/k/a "Terrance Oliver"       :   ORDER
- - - - - - - - - - - - - - - - -x
```

This matter having come before the Court on the application of TERRANCE JONES, a/k/a "Terrance Oliver" (Linwood Jones, Esq. appearing) for bail pending determination of an alleged violation of his supervised release; and a Petition for violation of supervised release having been filed by Senior U.S. Probation Officer Kevin J. Mullens of the U.S. Probation Office for a finding that TERRANCE JONES has violated the terms of his supervised release; and TERRANCE JONES having been sentenced on May 1, 2007 to 81 months detention and 3 years of supervised release for conspiracy to commit assault in aid of racketeering, 18 U.S.C. § 1959(a)(6) and use of a firearm in furtherance of a crime of violence, 18 U.S.C. § 924(c)(1)(A)(1); and TERRANCE JONES having served the originally sentenced period of incarceration; and supervision having commenced on June 9, 2010; and a Hearing on the Violation of Supervised Release (hereinafter "VOSR") having been held in abeyance pending the outcome of the underlying state charge that precipitated one of the violations

art issue; and the United States Attorney's Office (Serina M. Vash, Assistant United States Attorney, appearing), and counsel for defendant TERRANCE JONES (Linwood Jones, Esq., appearing) having appeared on defendant's application for bail pending the holding of a Hearing on the VOSR; and

IT APPEARING that TERRANCE JONES was charged by way of a Petition for the Violation of Supervised Release on January 23, 2012 with the following violations of the terms of his Supervised Release:

<u>Violation Number One</u>: having committed another federal, state and/or local crime;

<u>Violation Number Two</u>: having failed to maintain employment;

<u>Violation Number Three</u>: having possessed and/or used illegal drugs;

<u>Violation Number Four</u>: having failed to submit to mandatory drug testing;

<u>Violation Number Five</u>: having associated with and having been in the company of members of the Bloods and other street gangs; and

The Court finding that Mr. Jones's application for bail is still premature; and

2

It appearing that a criminal prosecution for the alleged drug distribution crime that is underlying Violation One is pending in Essex County; and

It appearing that a suppression motion is pending in the underlying state case, which when decided will lend clarity to the issues before this Court;

It is hereby ORDERED that this Court's December 11, 2012 determination on the record that TERRANCE JONES shall remain in custody pending the outcome of his underlying state case and the Hearing on the VOSR herein be and is hereby memorialized; and it is further

ORDERED that defendant TERRANCE JONES may come back to this Court following a the state court's decision on the motion to suppress on short notice and reassert his application for bail.

So Ordered.

Date: December 11, 2012

HON. KATHARINE S. HAYDEN
United States District Judge

3